THOMAS GIANNETTINO, Respondent, *v.* THE CITY OF
NEW YORK, Appellant.

(Argued October 10, 1934; decided November 20, 1934.)

*Paul Windels*, Corporation Counsel (*Henry J. Shields* and *George H. Cowie* of counsel), for appellant.

*Alfred J. Talley* and *Oliver B. Goldsmith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.